NEW JERSEY SUBURBAN WATER COMPANY, RELATOR, v.
JOSEPH O. RIORDAN ET AL., DEFENDANTS.

Submitted October term, 1924—Decided December 31, 1924.

**Contracts—Municipal—Water Contract Between Municipality
and Water Company—Extension of Existing Contract—Al-
ternative Writ of Mandamus Allowed.**

On *mandamus.*

Before Justices KALISCH, BLACK and CAMPBELL.

For the relator, *Thomas J. Brogan.*

For the defendants, *Hugh C. Barrett* and *Mark A. Sulli-
van.*

PER CURIAM.

On the 26th of September, 1924, a rule to show cause was
allowed in this case directed to Joseph P. Riordan and Fran-
cis J. McDonald, the mayor and town clerk, respectively, of
the town of Harrison, New Jersey, why a peremptory writ
of *mandamus* should not issue commanding them to execute
the agreement presented to them by Hugh C. Barrett, cor-
poration counsel of the town of Harrison, under and by
virtue of the resolution of the town council, passed July 15th,
1924, to extend the contract of September 15th, 1903, be-
tween the New Jersey Suburban Water Company and the
town of Harrison for a period of fifteen years from the date
of expiration of said contract, upon the same terms and con-
ditions as are contained and set forth in the said agreement
of September 15th, 1903, excepting as to the rates to be
charged for the water furnished by the said company to the
town of Harrison.

Our reading of the record in this case and the respective
briefs of counsel lead us to the conclusion that an alternative

writ of *mandamus* should issue directed to the said Joseph P. Riordan and Francis J. McDonald, the mayor and town clerk, respectively, of the town of Harrison, defendants, and such is the order of the court.